**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2242

ERICA CUTHBERTSON,

Plaintiff - Appellant,

v.

FIRST STAR LOGISTICS, LLC,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:21-cv-00616-FDW-DSC)

Submitted:    September 19, 2023                    Decided: November 15, 2023

Before KING, AGEE, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Erica Cuthbertson, Appellant Pro Se. Jennifer A. Rulon, FROST BROWN TODD LLC, West Chester, Ohio; Neal Shah, FROST BROWN TODD, LLC, Cincinnati, Ohio, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erica Cuthbertson appeals the district court's order granting summary judgment to Defendant in Cuthbertson's employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Cuthbertson v. First Star Logistics, LLC*, No. 3:21-cv-00616-FDW-DSC (W.D.N.C. Nov. 1, 2022). In addition, we decline to consider any claims raised for the first time on appeal. *Pornomo v. United States*, 814 F.3d 681, 686 (4th Cir. 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*